UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HON. DAVID J. KAPPOS,<br>　　Under Secretary of Commerce for<br>　　Intellectual Property & Director of the<br>　　United States Patent & Trademark<br>　　Office,<br><br>　　　　Defendant. | Civil Action No. 10-2031 (ABJ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED among the parties, by and through their undersigned attorneys, that this action shall be and hereby is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

STIPULATED AND AGREED.

Dated: August 1, 2011

MORRISON & FOERSTER LLP

By: _s/ G. Brian Busey_
　　G. Brian Busey, DC Bar No. 366760
　　Morrison & Foerster LLP
　　2000 Pennsylvania Avenue, N.A.
　　Washington, DC  20006
　　Telephone:  202-887-1504

1

pa-1476748

Fax: 202-887-0763
GBusey@mofo.com

*Attorneys for Plaintiff The Regents of the University of California*

Dated: August 1, 2011

RONALD C. MACHEN JR., DC Bar #447889
United States Attorney
for the District of Columbia

RUDOLPH CONTRERAS, DC Bar #434122
Chief, Civil Division

By: _s/ Fred E. Hayes_
    Fred E. Haynes, DC Bar #165654
    Assistant United Stated Attorney
    555 4th Street, N.W., Room E-4110
    Washington, DC  20530
    Telephone: 202-514-7201
    fred.haynes@usdoj.gov

Of Counsel:
Raymond T. Chen, Solicitor
Benjamin D. M. Wood, Associate Director
and Special Assistant United States Attorney
Nathan K. Kelley, Associate Solicitor
United States Patent and Trademark Office

*Attorneys for Defendant HON. DAVID J. KAPPOS, Under Secretary of Commerce for Intellectual Property & Director of the United States Patent & Trademark Office*

Dated: August ____, 2011

SO ORDERED:

_____
    U.S.D.J

pa-1476748